FILED
CLERK, U.S. DISTRICT COURT
AUG 14 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
JONATHAN CORTEZ CASTANEDA,
Defendant.

Case No. 8:22-CR-00003-AB-2

**ORDER OF DETENTION**

[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)]

On August 14, 2026, Defendant Jonathan Cortez Castaneda made his initial appearance on the warrant for failure to appear at initial hearing on petition for revocation of supervised release issued on  and warrant for arrest issued in January 2026. Defendant submitted on the detention recommendation in the Pretrial Services Report.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ alleged failure to appear at initial hearing on the petition, no available surety, and use of marijuana.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ criminal history and recent conviction after failure to appear in this case.

It is therefore ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: August 14, 2026

Patricia Donahue

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE